DAVid Leigh Cook SR
5555 Giant Hwy
Richmond, Ca. 94806
(In Pro Per)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID LEIGH COOK SR
Plaintiff,
vs.

ANTIOCH POLICE DEPARTMENT,
CHIEF TAMMY (FORMER)
MIKE REYNOLDS, Antioch Police
Officer-Sergeant (former)
Jonathan U LEE,
CHRISTOPHER CANNON,
Does 1-20 inclusive
sued Individual And
official CAPACITY
Defendants.

NO. ______

42 USC Section 1981
+ 1983 CIVIL RIGHTS
COMPLAINTS/
DEMAND FOR
TRIAL | BIVENS
COMPLAINT

II

FIRST CAUSE OF ACTION
FIFTH AMENDMENT

1.) Fabrication of Evidence against each individual defendant named herein. Police Reports And other documentary evidence used At my change of Plea hearing to present false circumstance that Plaintiff WAS Distributing heroin.

SECOND CAUSE OF ACTION
CAL Civil Code Section
52.1 BANE ACT

2. Threats, coercion, intimidation, interferring with Plaintiff rights secured by the constitution.

on July 14, 2019 on or About defendants Jonathan U Lee And Christopher CAnnon Acted in concert to deny me of my rights secured under constitution From Threats, or Coercion, And intimidation. Jonathan U Lee referred herein As (defendant) did instruct Christopher CAnnon Refferred to herein As defendant to Find A way to raise my base offense level in order that I receive more time in Prison. These defendants did Act in concert when A Antioch Police Report was located in my Discovery File that was written by defendant Mike Reynolds that stated I was been search by defendant Reynolds on Febuary 04, 2019 At Antioch Police Department when defendant Reynolds said in his Report he found 15 grams of

heroin in my Pants Pocket right Pocket. Defendants Lee And Cannon used this Fabricated evidence At my change of Plea hearing in order to enhance my Base offense level by Four Points under 2K2.1 Stating I was Distributing Drugs during the Commission of A firearm offense. I was Advised by Defendant Cannon to Admit to this OR face A superceding indictment from defendant Lee and recive ten year prison sentence.

THIRD CAUSE OF ACTION

Intentional infliction of emotional distress against the government defendant Jonathan Lee. The Four Point level enhancement caused me to be required to do A longer prison sentence the enhancement was A reckless disregard for loss And security of Plaintiff having to endure the isolation of family, wife, children and Personal liberty based on this defendants Abuse of Authority. (Pg 5)

# FOURTH CAUSE OF ACTION

Abuse of Process, Professional Negligence, wilful misconduct Againt each individual defendant named herein.

# FIFTH CAUSE OF ACTION
# EIGHTH AMENDMENT

Diliberate Indifference base on racial Ethnicity AS African American male. Defendant Mike Reynolds did target the Plaintiff base on his race As A (Negro) or African American. Plaintiff Alleges that this was the Proximate cause for defendant Reynolds to violate my Constitutional Rights while Acting under color of State law. Defendant Tammy was complicit in diliberate indifferce As to the Plaintiff by hiring officer Mike Reynolds As A Police officer in Antioch then Promoting him to Rank of Sergeant whereas

defendant Reynolds could teach, and instruct Lower Rank officer how to write and Fabricate Report Against other African American or (Negros Persons they encounter during routine Patrol in the City of Antioch. Defendant Chief Tammy Failed to have in place Policies, or Regulations that would instruct officer on Constitutional Rights of Citizens esspecially African American. Defendant Tammy Aided And Abetted Defendant Reynolds in his reckless and wanton Conduct that violated the Plaintiff Fifth, Fourteenth, Eighth Amendment Rights for defendant Tammy failing to put in place Regulations to Prevent officers from Filing false Reports As Police officers while under Color of State Law.

# SIXTH CAUSE OF ACTION

## Fifth Amendment
## Abuse of Process,

Breach of fiduciary Duty of Care, Malicious misconduct, as to and against each individual defendant listed herein. The government

# SEVEN CAUSE OF ACTION

## BIVENS CLAIM

failure to exercise discretionary function, Professional Bias, Culpable Negligence, Abuse of Power, False Misrepresentation of evidence against the government.

# EIGHTH CAUSE OF Action

Libel, SLANDER, defendant Jonathan U. Lee in San Jose Mecury News Article Titled SuperBowl Shooting made False libel statements that the Plaintiff

Shot the Alleged Victim in Cold Blood This statement as told by Jonathan U Lee Put A Contract on my Life by the Alleged Victim Family. This defendant knew that the Alleged Shooting was 100 Percent Self Defense Base on the Investigative Reports from Antioch Police Detectives And Also the Video Surveillance that Captured the incident. Defendant Jonathan U Lee Also made other Statements that I was A informant Against BGF Prison Gang. This BGF Gang Murder A Superior Court Judge in Marin County back in the 1970'S Jonathan Lee created An environment of Risk or Harm to me by his statements in A widely Circulated News Paper with 100,000 Daily Readers.

(Pg 8)

# NINTH CAUSE OF ACTION

## 14th AMENDMENT EQUAL PROTECTION CLAUSE

Title 42 Sections 1981 And 1983 PRivileges And Immunities Clause U.S. Constitution.

Incorporated herein by reference Causes of Action One-Eighth As Alleged herein Are brought Against each named defendant for Acts or Omissions related to Fraud, Respondent Superior, Culpable Negligence, Malicious Prosecution by the government under Bivens.

Professional Negligence related to defendant Chris Cannon, Chief Tammy, Jonathan V. Lee, Mike Reynolds, And Does 1-20. Breach of Fiduciary Duty, Intentional Tort for Damages, Misrepresentation, gross negligence, Inflictional of Emotional Distress, Miscarriage of Justice, Declaratory Judgment.

## Summary of Facts:

On February 04, 2019 I was Arrested by Antioch Police on Highway 24 in relation to A shooting the previous day in Antioch. I was pulled over And A High suspicion stop was conducted with Tactical Police officers from Antioch And Highway Patrol. I was ordered from my vehicle At Gun Point. I was searched on scene Due to A firearm being Alleged in the shooting.

I was Placed in Antioch Police Vehicle And taken to Police headquarters. Once At Antioch Police Department I was transported to the JAil booking Area for Processing Fingerprints And Photos. I was Search by A unknown officers At the time. After Processing I was placed in A Cell And awaited interview by Antioch Police Detectives.

At no time while I was in Antioch Police custody did I Possess herein

Summary of Facts

I was never given a test to see if I had heroin in my system. I was not read my Miranda Rights or signed any statement stating I was Mirandarized related to a Drug Possession offense. Officer Mike Reynolds never interviewed me at Antioch Police Dept about possessing Heroin. I never was a witness to any field presumptive testing of a substance alleged to be heroin while in custody at Antioch Police on February 04, 2019.

On or about April 11, 2019 I was indicted by U.S. Attorney office Northern Dist. of California for an alleged violation of Title 18 USCS Section 922(g)(1) Felon in Possession of Ammunition. Under Criminal Justice Act (CJA) Attorney Christopher Cannon was assigned as my criminal Attorney. Pg 3

Summary of Facts:

On or About July 14, 2019 At my hearing For change of Plea my Attorney Chris Cannon defendant informed me that the government Attorney was not happy with the calculation of my Base offense level under Sentencing Guidelines. Both defendants Lee And Cannon had a hushed conversation in court. Then my Attorney Asked me questions About my Arrest in February he said that he needed to come-up with A way to increase my Base offense or the government with impose A superceding Indictment And Ask For 10 yrs I was Novel to the federal System As to the mechanics of Procedures of Law. So I took defendant Lee threat of 10 yrs As plausible, Defendant Cannon Showed me Antioch Police Report dated February 04, 2019 written by then officer Reynolds the Police Report made False misrepresentations that on February 04, 2019 he Seized 15 grams of Heroin

Summary of Facts:

From my Right Pants Pocket. I'm (Left handed) I Flat out denied the Allegations in the Report And I informed my Attorney the District Attorney has not Charged me with this And I Asked where is the laboratory Report that shows toxicology of the Alleged Substance. Defendant Cannon Said there was not Any such findings.

Defendant Cannon informed me that the government wants to use this to impose A enhancement And it will Satisfy the governments want For more time. I said the government defendant Cannon Said Jonathan Lee want for more time I said oh. Defendant Cannon then informed me About my Plea under Rule 11 C And I would most likely receive 41 months but I would have to Admit to the Drugs whether I had them or not because it's stated in the Police Report And "Mr. Cook I'm trying to save you from 10 yrs you got me!! I Said yeah to this scheme of A (P)gst lie! because I was threaten And Coerced.

Summary of Facts:

on or About July 14, 2021 I entered A Plea of Guilty And Admitted to the False Drug enhancement. See CR-19-00172 JD on December 04, 2019 U.S. District Judge James Donato sentenced me to 41 Months Bureau of Prison. I was given Three years Supervised Release. I Completed January 12, 2025.

Damages: Policy Limits of Insurance on Liability Claims

Demand for Jury Trial / And Leave to Amend Complaint

VERIFICATION

I declare under Penalty of Perjury under Laws of United States that the foregoing is true and Correct as to those matters Stated herein. Executed on October 05, At Richmond California County of Contra Costa.

David L. Coker
(Pg 6)