David Leigh Cook SR 2613163
5555 Giant Hwy 5 B-25
Richmond, CA. 94806

OAKLAND CA 945
6 OCT 2026 PM 5 L
COUNTY JAIL
INMATE MAIL




Clerk, United states District Court Northern
District Court of California
450 Golden Gate Avenue (Legal MAIL)
San Francisco, CA. 94102

9410283661 C017

© USPS 2022

RECEIVED

OCT 15 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131